

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION FOR REHEARING

Appellate case name:     Roberto Medina Flores v. The State of Texas

Appellate case number:   01-20-00213-CR

Trial court case number:   17CR0756

Trial court:                   10th District Court of Galveston County

      It is ordered that the motion for rehearing is **DENIED**.

Judge's signature:            /s/ Veronica Rivas-Molloy
                              ☑ Acting for the Court

The panel consists of Justices Goodman, Rivas-Molloy, and Farris.

Date:  September 13, 2022.